UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:_____

UNITED STATES OF AMERICA,

       Petitioner,

v.

EDWARD HUGHES,

       Respondent.
_____/

06-20803

CIV-COOKE

MAGISTRATE JUDGE
BROWN

### PETITION TO ENFORCE INTERNAL REVENUE SUMMONS

Petitioner, the United States of America, on behalf of its agency, the Internal Revenue Service, files this Petition to Enforce Internal Revenue Summons, and avers as follows:

1. Petitioner brings this proceeding pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

2. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

3. Respondent, Edward Hughes, resides in Fort Lauderdale, Florida.

4. Elizabeth Rosas is a duly commissioned Revenue Officer for the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Compliance Division, Internal Revenue Service.

5. Pursuant to 26 U.S.C. § 7602, Ms. Morris, as a Revenue Officer, is authorized to issue Internal Revenue Service summonses. See also 26 C.F.R. § 301.7602-1.

6. Currently, Revenue Officer Elizabeth Rosas is conducting an investigation relating to individual federal income tax liability of Respondent for the 1999,

2000, 2001, 2002, 2003 and 2004 taxable years. The Declaration of Revenue Officer Elizabeth Rosas is attached hereto as Exhibit 1, and incorporated by reference herein.

7. On April 14, 2005, as part of her investigation, Revenue Officer Morris served an Internal Revenue Service summons (Form 2039) directing Respondent to appear before her, or any other designated agent of the Internal Revenue Service, on May 31, 2005, to give testimony and to produce for examination and copying certain books, records, papers, or other data, described in said summons. A copy of the summons is attached hereto as Exhibit 2, and incorporated by reference herein.

8. Revenue Officer Morris served said summons by leaving an attested copy of the summons with Shanta Hughes at the last and usual place of abode of Respondent.

9. Respondent failed to appear at the place, date and time specified in the summons.

10. On June 23, 2005, the Office of the Chief Counsel for the Internal Revenue Service sent Respondent a letter offering him another opportunity to appear, on July 26, 2005, to satisfy the terms of the summons. A copy of that letter is attached as Exhibit A-1 to the Declaration of Revenue Officer Elizabeth Rosas.

11. Although Respondent appeared in response to that letter, he did not provide the information requested in the summons.

12. Respondent's refusal to comply with the summons continues to date.

13. Respondent has in his possession, custody, or control information, books, records, papers, and other data that are or may be relevant and material to the investigation.

14. Specifically, Petitioner requires the testimony of Respondent, and must examine the books, records, papers, and other data sought by the summons, in order to properly determine and collect outstanding tax liability for the 1999, 2000, 2001, 2002, 2003 and 2004 taxable years.

15. The Internal Revenue Service does not have in its possession the information, books, records, papers, and other data sought by the summons.

16. Petitioner has satisfied all administrative requirements in the Internal Revenue Code (26 U.S.C.) for the issuance of a summons.

17. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect as to the federal income tax liability of Respondent for the periods under investigation.

WHEREFORE, Petitioner, the United States of America, respectfully requests that this Court enter an Order:

a. directing Respondent, Edward Hughes, to show cause, if any, why he should not comply with and obey the aforementioned summons, including each and every requirement thereof;

b. directing Respondent, Hughes, to appear before Revenue Officer Elizabeth Rosas, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Kaye Morris and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data specified in the summons;

3

c.  awarding the United States its costs in maintaining this action, to be paid by Respondent;

d.  directing Petitioner to serve Respondent with a copy of the Court's Order within thirty (30) days from the date of the Order; and

d.  awarding any and all other relief the Court deems just and proper.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
BETH D. JARRETT
ASSISTANT U.S. ATTORNEY
FL. BAR NO. 987344
99 N.E. 4TH STREET
MIAMI, FLORIDA 33132
TEL. (305) 961-9330
FAX. (305) 530-7139
E-MAIL: Beth.Jarrett@usdoj.gov

4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. |
| EDWARD HUGHES, | ) |
| Respondent. | ) |

**DECLARATION**

Elizabeth Rosas declares:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, SBSE Compliance, Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the individual tax liabilities of Edward Hughes for the 1999, 2000, 2001, 2002, 2003, and 2004 taxable years.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on April 14, 2005, an Internal Revenue Service summons to Edward Hughes to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26, U.S.C., on April 14, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent,

Exhibit 1

Edward Hughes, by leaving the summons at his last and usual place of abode with Shanta Hughes, as evidenced in the certificate of service on the reverse side of the summons.

5. On May 31, 2005, the respondent, Edward Hughes, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. On June 23, 2005, the Office of Chief Counsel sent the summoned party a "last chance" letter offering another opportunity to satisfy the summons on July 26, 2005. A copy of that letter is attached hereto as Exhibit A-1.

7. Respondent appeared in response but did not provide the information requested in the summons.

8. The respondent's refusal to comply with the summons continues to the date of this declaration.

9. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the individual tax liabilities of Edward Hughes for the 1999, 2000, 2001, 2002, 2003, and 2004 taxable years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___1___ day of ___August___, 2005.

*Elizabeth Rosas*
_____
ELIZABETH ROSAS
Revenue Officer

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
P.O. BOX 9, STOP 8000
51 S.W. FIRST AVENUE, ROOM 1114
MIAMI, FLORIDA 33130
(305) 982-5300
FAX (305) 982-5406

JUN 2 3 2005

CC:SB:3:MIA:GL-133631-05
VNRodriguez

Edward Hughes
2830 N.W. 25th Street
Fort Lauderdale, Florida 33311

Dear Mr. Huges:

Small Business/Self-Employed Compliance Area 5 of Internal Revenue has notified our office that you did not comply with the provisions of the summons served on you on April 14, 2005. Under the terms of the summons, you were required to appear before Revenue Officer E. Rosas on May 31, 2005.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

```
       Name:  E. Rosas
       Date:  July 26, 2005
       Time:  9:00 a.m.
    Address:  7850 S.W. 6th Street
              Plantation, Florida 33323
```

Exhibit A-1

CC:SB:3:MIA:GL-133631-05        - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer E. Rosas at (954) 423-7085.

                                  Sincerely,

                                  WILLIAM L. BLAGG
                                  Associate Area Counsel
                                  (Small Business/Self-Employed)

                        By: _____
                                VIVIAN N. RODRIGUEZ
                                General Attorney
                                (Small Business/Self-Employed)

Case 1:06-cv-20803-MGC   Document 1   Entered on FLSD Docket 04/03/2006   Page 9 of 14

# Summons

In the matter of  **Edward Hughes, 2830 NW 25th Street, Ft Lauderdale, FL 33311**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - South Atlantic Area**

Periods **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**

## The Commissioner of Internal Revenue

To  **Edward Hughes**
At  **2830 NW 25th Street, Ft Lauderdale, FL 33311**

You are hereby summoned and required to appear before E. Rosas, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**, including but not limited to: statement of wages for the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**, statements regarding interest or dividend income for the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**; employee earnings statements for the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**; records of deposits to bank accounts during the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 & December 31, 2004** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

, 7850 SW 6th Court, Stop 5390, Plantation Fl 33324   954-423-7085

**Place and time for appearance at:**  , 7850 SW 6th Court, Stop 5390, Plantation Fl 33324

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the __31__ day of __May__, __2005__ at __10:00__ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this __14__ day of __April__, __2005__

E. Rosas
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*   Title

**Original** -- to be kept by IRS

Exhibit 2

Case 1:06-cv-20803-MGC   Document 1   Entered on FLSD Docket 04/03/2006   Page 11 of 14



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 4-14-05 | 11:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Shanta Hughes

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| G. Ross | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:_____

UNITED STATES OF AMERICA,

       Petitioner,

v.

EDWARD HUGHES,

       Respondent.

_____/

**ORDER TO SHOW CAUSE**

This matter, having come before the Court upon Petitioner's, the United States of America, Petition to Enforce Internal Revenue Summons, and the Court, having reviewed the record, including the declaration of Revenue Officer Elizabeth Rosas of the Internal Revenue Service and the exhibits attached thereto, and being otherwise fully advised in the premises, it is hereby

ORDERED that Edward Hughes appear before the United States District Court for the Southern District of Florida, presided over by the undersigned in his or her courtroom in the United States Courthouse in Miami, Florida, on the _____ day of _____, 200_, at _____ ___.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on April 14, 2005.

It is further

ORDERED that an Internal Revenue Service Officer personally serve upon Edward Hughes a copy of this Order, together with the Petition and Exhibits thereto, within thirty (30) days of the date hereof.

It is further

ORDERED that within five days of service of a copy of this Order, the Petition and Exhibits thereto, Edward Hughes shall file and serve upon counsel for Petitioner a written response to the Petition.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2006.

_____

UNITED STATES DISTRICT JUDGE

copies provided to:  Beth Jarrett, AUSA

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
EDWARD HUGHES         06-20803

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Beth Jarrett, Assistant U.S. Attorney
99 NE. 4th Street
Miami, Florida 33132-2111
(305) 961-9330

Attorneys (If Known)

CIV-COOKE

Memo 06-20803W Cooke / SB

MAGISTRATE BROWN

(d) Check County Where Action Arose: ☐ DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
IRS SUMMONS ENFORCEMENT ACTION, 26 U.S.C. 740(b) & 7604(a)

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/30/06
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____